

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00104-CR
_____

LAPRENSE DERELL WILLIS, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 18F1272-005

_____

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

Appellant, Laprense Derell Willis, perfected this appeal from a judgment of conviction entered by the 5th Judicial District Court of Bowie County, Texas, in trial court cause number 18F1272-005. Appellant's counsel filed a motion with this Court seeking the permanent abatement of this appeal due to the death of the appellant. According to the motion, appellant died on December 30, 2023, which was after the appeal was perfected but before this Court issued its mandate.

In accordance with Rule 7.1(a)(2) of the Texas Rules of Appellate Procedure, we grant this motion and permanently abate this appeal. *See* TEX. R. APP. P. 7.1(a)(2); *State v. McCaffrey*, 76 S.W.3d 392, 392 (Tex. Crim. App. 2002) ("We have long held that the death of the appellant during the pendency of his appeal deprives the court of jurisdiction[,] and the proper disposition is [permanent] abatement."); *Whitmire v. State*, 943 S.W.2d 894, 895 (Tex. Crim. App. 1997) (per curiam).

Scott E. Stevens
Chief Justice

Date Submitted:    December 27, 2023
Date Decided:      January 9, 2024

Do Not Publish